1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRIS CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-mj-00182-DAD |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING CHANGE OF PLEA AND SENTENCING |
| v. | |
| DAVID G. HAWKINS, | Date:  July 24, 2013<br>Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

It is hereby ordered that the court trial scheduled for July 24, 2013 at 9:00 a.m. be vacated.  It is further ordered that a change of plea and sentencing be scheduled for August 27, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
hawkins0182.stipord.COP