```
ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br> DAVID G. HAWKINS,              )<br>                                )<br>            Defendant.          )<br>                                )<br>                                ) | 2:13-mj-00182-EFB<br><br>[~~Proposed~~] ORDER TO DISMISS AND<br>RECALL BENCH WARRANT |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:13-mj-00182-EFB is GRANTED.

It is further ordered that the bench warrant issued is recalled.

IT IS SO ORDERED.

Dated: October 3, 2025

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE